STATE OF NEW JERSEY v. A. D. SMITH.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE REID.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ALI BADI MUHAMMAD.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT GRADDICK.

June 18, 1981.

Petition for certification denied.